UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL SAWAF, D.M.D. and
PETER JANG, D.D.S.,

    Plaintiffs,

v.                                       CASE NO. 3:07-cv-272-J-20HTS

GASPER LAZZARA, D.M.D.,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on the parties Case Management Report (Dkt. 21), Plaintiffs' Motion for Expedited Hearings and to Advance Matter on the Court's Calendar (Dkt. 16) and Defendant's response in opposition thereto (Dkt. 14). Upon consideration of same, this Court finds as follows:

In the motion for an expedited hearing schedule, Plaintiffs maintain this case involves a single issue that can be resolved without the need for discovery. Moreover, Plaintiffs explain Peter Jang ("Jang") was called to Active Duty by the United States Department of the Army for a period of 365 days, with a 90 day minimum, beginning August 1, 2007. Therefore, Plaintiffs seek a resolution of this entire matter prior to Jang's deployment.

This matter cannot be resolved in the expedited fashion Plaintiffs seek. However, should Plaintiffs wish to stay this matter until the end of Jang's deployment, this Court would consider such a motion.

Accordingly, it is **ORDERED**:

1. Plaintiffs' Motion for Expedited Hearings and to Advance Matter on the Court's Calendar (Dkt. 16) is **DENIED**; and

2. A Preliminary Pretrial Hearing is scheduled for **Wednesday, August 14, 2007, at 3:00 p.m.** at the United States District Court, Jacksonville, Florida, in Courtroom 10C to discuss the vast differences within the Case Management Report.

**DONE AND ENTERED** at Jacksonville, Florida, this /2/ day of July, 2007.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Karl E. Pearson, Esq.
Ronnie J. Bitman, Esq.
John A. Tucker, Esq.
Scott Richburg, Esq.
Justin A. Mallot, Esq.